```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CENTANA SHIPPING LTD.,                :
                                      :
               Plaintiff,             :
                                      :         09 Civ. 2613 (JSR)
          -v-                         :
                                      :              ORDER
BRILA ENERGY LTD.,                    :
                                      :
               Defendant.             :
------------------------------------- x
```

*[Stamp: ...NY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-1-09]*

JED S. RAKOFF, U.S.D.J.

On March 23, 2009, the Court issued an Order for Process of Maritime Attachment restraining defendant's property pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. The Order was to automatically expire after 60 days unless assets were attached and arbitration or an adversary proceeding was commenced. By letter dated May 22, 2009, however, plaintiff has notified the Court of its continuing efforts to attach the defendant's funds and its related efforts to identify the country in which the defendant entity is registered in order to commence proceedings in the English High Court. See Affidavit of Pamela L. Schultz sworn to May 22, 2009. In light of further information acquired through its on-going investigation, the plaintiff also anticipates filing an Amended Verified Complaint and therefore seeks a 60-day extension of the Order for Process of Maritime Attachment. See id.

The Court hereby grants this application so that the Order's total duration is 120 days from the March 23, 2009 Order. The Order shall automatically expire and be vacated at the end of that period unless plaintiff's counsel, prior to the expiration of the Order,

notifies the Court in writing that assets have been successfully attached. Absent such notification, no further extensions of the Order will be granted.

    SO ORDERED.

Dated: New York, New York
       May 27, 2009

                                          JED S. RAKOFF, U.S.D.J.